FRANKLIN C. ADAMS, Bar No. 85351
franklin.adams@bbklaw.com
CAROLINE R. DJANG, Bar No. 216313
Caroline.Djang@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Plaintiff
Robert S. Whitmore, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>GREG D. HARTMAN,<br><br>        Debtor, | Case No. 6:11-bk-26639-WJ<br><br>Chapter: 7<br><br>Adv. No. 6:18-ap-01036 WJ |
| ROBERT S. WHITMORE, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>JUAN ALCRAZ, an individual,<br><br>        Defendant. | **PROOF OF SERVICE RE:**<br><br>**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3390 University Ave., 5th Floor, Riverside, Ca 92501

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) February 9, 2018 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 9, 2018 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 9, 2018 | Lisa Spencer | /s/ Lisa Spencer |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                   **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

Whitmore vs Alcraz
6:18-ap-01036-WJ

### No. 1 (NEF)

- Caroline Djang    caroline.djang@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Robert Whitmore (TR)    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com

### No. 3 (Personal Delivery)

Hon. Judge Wayne E. Johnson
United States Bankruptcy Court
Bin Outside RS Courtroom 304

### No. 2 U. S. Mail

**Juan Alcraz**
32329 Shifting Sands Trail
Cathedral City, CA 92234

**Juan Alcraz**
17772 Wilt Road
Sisters, OR 97759-9639

**Debtor**
**Greg D Hartman**
77849 Calle Arroba
La Quinta, CA 92253

**David A Wiesen**
81-955 Highway 111 Suite 203
Indio, CA 92202